IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN M. WERMERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cv540 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| UNITED STATES OF AMERICA HOMELAND SECURITY BOARD, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court pursuant to Fed. R. Civ. P. 4(m) which establishes a time limit for service of process on a defendant in a civil case. On August 11, 2006, the plaintiff, Karen M. Wermers, filed this action against the United States of America Homeland Security Board, President George W. Bush, Vice President Richard Cheney, and British Prime Minister Anthony Blair, alleging that the defendants have derived illegal profits from the misappropriation of intellectual property developed by the plaintiff and worth billions of dollars.

    On December 18, 2006, the court entered an Order to Show Cause (filing no. 4) directing the plaintiff to show cause pursuant to Fed. R. Civ. P. 4(m) why this case should not be dismissed for failure to obtain service of process on any defendant. The plaintiff has responded in filing no. 5 that "there is lawlessness in the current administration by and through the Department of Homeland Security;" that she has filed police reports with the Omaha Police Department which have been falsified, and that she would like a 90-day extension of time to "allow the Democrat congressional majority time to subpoena government documents and surveillance records" and other matters.

    The plaintiff has not adequately demonstrated why she failed to serve any defendant in this action within the 120-day period allowed by the Federal Rules of Civil Procedure, and the deadline to show cause has now expired. Therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's complaint and the above-entitled action are dismissed. Because the dismissal is without prejudice, the plaintiff may bring another action once she has obtained the documents she seeks from Homeland Security. A separate judgment will be entered.

    SO ORDERED.

    DATED this 17th day of January, 2007.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        JOSEPH F. BATAILLON
                                                        Chief District Judge